IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GET HEALTH-E, LLC,<br><br>    Defendant. | Case No. 4:24-cv-00425-RGE-HCA<br><br>**ENTRY OF APPEARANCE** |

    Victoria H. Buter of the law firm Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, hereby enters an appearance as counsel for Defendant Get Health-E, LLC in the above captioned matter.

    Dated this 14th day of February 2025.

                                                           GET HEALTH-E, LLC, Defendant

                                               By: */s/ Victoria H. Buter*
                                                    Victoria H. Buter (#AT0009169)
                                                    KUTAK ROCK LLP
                                                    The Omaha Building
                                                    1650 Farnam Street
                                                    Omaha, Nebraska 68102-2186
                                                    Telephone: (402) 346-6000
                                                    Facsimile: (402) 346-1148
                                                    vicki.buter@kutakrock.com

                                                    Matthew R. Pitts (UT #17549)
                                                    *(pro hac application forthcoming)*
                                                    PITTS LAW, PLLC
                                                    14314 S. Fort Pierce Way
                                                    Herriman, Utah 84096
                                                    Telephone: (801) 427-2500
                                                    matt@pittslawyer.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

| | |
|---|---|
| Andrew Roman Perrong, Esq. | Eric S. Mail, Esq. |
| PERRONG LAW LLC | PURYEAR LAW P.C. |
| 2657 Mt. Carmel Avenue | 3719 Bridge Avenue, Suite 6 |
| Glenside, Pennsylvania 19038 | Davenport, Iowa 52807 |
| a@perronglaw.com | mail@puryearlaw.com |

                 */s/ Victoria H. Buter*
                 Victoria H. Buter