IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GET HEALTH-E, LLC,<br><br>    Defendant. | Case No. 4:24-cv-00425-RGE-HCA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT AND JURY DEMAND** |

Defendant Get Health-E, LLC ("Defendant") hereby moves the Court for an order granting an extension of time in which to answer or otherwise respond to Plaintiff Toby Hoy's ("Plaintiff") Class Action Complaint and Jury Demand. In support of this Motion, Defendant states as follows:

1. Plaintiff filed his Class Action Complaint and Jury Demand in this matter on December 5, 2024 (Doc. 1).

2. On or about December 24, 2024, Defendant executed a Waiver of the Service of Summons (Doc. 5).

3. The deadline by which Defendant is required to answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand is February 15, 2025.

4. Counsel for Defendant has recently been retained and is working diligently to respond to Plaintiff's Class Action Complaint and Jury Demand. Additionally, the parties are currently in the process of discussing a potential resolution of this matter. As such, Defendant is seeking a brief two (2) week extension of time to answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand to give the parties time to fully engage in settlement negotiations which ultimately may negate the need for Defendant to file a responsive pleading.

4915-5835-5739.1

5. Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff's counsel does not oppose Defendant's request for an extension of time, until and through March 3, 2025 to answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand.

6. This motion is not brought for purposes of delay, but to further the substantial interests of justice in this matter by allowing Plaintiff and Defendant's counsel the necessary time to determine if a possible resolution of this matter can be reached. The parties will not be prejudiced in any way by an extension of time and the parties submit there is good cause to grant this Motion requesting a brief extension.

WHEREFORE, Defendant Get Health-E, LLC respectfully requests this Court grant an extension of time, up to and including **March 3, 2025**, to answer or otherwise respond to Plaintiff Toby Hoy's Class Action Complaint and Jury Demand.

Dated this 14th day of February 2025.

          GET HEALTH-E, LLC, Defendant

By: */s/ Victoria H. Buter*
Victoria H. Buter (#AT0009169)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
vicki.buter@kutakrock.com

Matthew R. Pitts (UT #17549)
*(pro hac application forthcoming)*
PITTS LAW, PLLC
14314 S. Fort Pierce Way
Herriman, Utah 84096
Telephone: (801) 427-2500
matt@pittslawyer.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

| | |
|---|---|
| Andrew Roman Perrong, Esq.<br>PERRONG LAW LLC<br>2657 Mt. Carmel Avenue<br>Glenside, Pennsylvania 19038<br>a@perronglaw.com | Eric S. Mail, Esq.<br>PURYEAR LAW P.C.<br>3719 Bridge Avenue, Suite 6<br>Davenport, Iowa 52807<br>mail@puryearlaw.com |

                                              */s/ Victoria H. Buter*
                                              Victoria H. Buter

4915-5835-5739.1