IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GET HEALTH-E, LLC,<br><br>Defendant. | Case No. 4:24-cv-00425-RGE-HCA<br><br>**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT AND JURY DEMAND** |

Defendant Get Health-E, LLC ("Defendant") hereby moves the Court for an order granting a second extension of time in which to answer or otherwise respond to Plaintiff Toby Hoy's ("Plaintiff") Class Action Complaint and Jury Demand. In support of this Motion, Defendant states as follows:

1. Plaintiff filed his Class Action Complaint and Jury Demand in this matter on December 5, 2024 (Doc. 1).

2. On or about December 24, 2024, Defendant executed a Waiver of the Service of Summons (Doc. 5).

3. The deadline by which Defendant was originally required to answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand was February 15, 2025.

4. On February 14, 2025, Defendant filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Class Action Complaint and Jury Demand (Doc. 7) which was granted by the Court on February 14, 2025 (Doc. 8).

5. The current deadline by which Defendant is required to answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand is March 3, 2025.

2

6. The parties have been in discussions regarding settlement and are very close to a resolution of this matter. As such, Defendant is seeking a brief two (2) week extension of time to answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand to give the parties time to fully complete their settlement negotiations which ultimately may negate the need for Defendant to file a responsive pleading.

7. Counsel for Defendant has conferred with counsel for Plaintiff and Plaintiff's counsel does not oppose Defendant's request for an extension of time, until and through March 17, 2025 to answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand.

8. This motion is not brought for purposes of delay, but to further the substantial interests of justice in this matter by allowing Plaintiff and Defendant's counsel the necessary time to reach a possible resolution of this matter. The parties will not be prejudiced in any way by an extension of time and the parties submit there is good cause to grant this Motion requesting a brief extension. The parties will not seek a further extension of this deadline.

WHEREFORE, Defendant Get Health-E, LLC respectfully requests this Court grant an extension of time, up to and including **March 17, 2025**, to answer or otherwise respond to Plaintiff Toby Hoy's Class Action Complaint and Jury Demand.

Dated this 3rd day of March 2025.

        GET HEALTH-E, LLC, Defendant

By: */s/ Victoria H. Buter*
    Victoria H. Buter (#AT0009169)
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, Nebraska 68102-2186
    Telephone: (402) 346-6000
    Facsimile: (402) 346-1148
    vicki.buter@kutakrock.com

Matthew R. Pitts (UT #17549)
*(pro hac application forthcoming)*
PITTS LAW, PLLC
14314 S. Fort Pierce Way
Herriman, Utah 84096
Telephone: (801) 427-2500
matt@pittslawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

| | |
|---|---|
| Andrew Roman Perrong, Esq. | Eric S. Mail, Esq. |
| PERRONG LAW LLC | PURYEAR LAW P.C. |
| 2657 Mt. Carmel Avenue | 3719 Bridge Avenue, Suite 6 |
| Glenside, Pennsylvania 19038 | Davenport, Iowa 52807 |
| a@perronglaw.com | mail@puryearlaw.com |

*/s/ Victoria H. Buter*
Victoria H. Buter
