# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | 4:24-cv-00425-RGE-HCA |
| v. | : : : | **COMPLAINT – CLASS ACTION** |
| GETHEALTH-E LLC | : : | |
| Defendant. | : : | **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

Plaintiff, TOBY HOY ("Hoy"), hereby notifies the Court that Plaintiff has reached a settlement of all claims in these proceedings. Hoy respectfully requests that the Court adjourn all applicable case deadlines, pending the parties' execution and compliance with the settlement agreement. Within sixty (60) days, the parties will file a stipulation of dismissal.

Dated: March 17, 2025

    Respectfully submitted,

                                    */s/ Andrew R. Perrong*
                                    Andrew R. Perrong, Esquire
                                    (Subject to *Pro Hac Vice*)
                                    Perrong Law, LLC
                                    2657 Mount Carmel Ave
                                    Glenside, PA 19038
                                    (215) 225-5529
                                    a@perronglaw.com

                                    *Attorney for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: March 17, 2025

>
> */s/ Andrew R. Perrong*
> Andrew R. Perrong, Esquire
> (Subject to *Pro Hac Vice*)
> Perrong Law, LLC
> 2657 Mount Carmel Ave
> Glenside, PA 19038
> (215) 225-5529
> a@perronglaw.com
>
> *Attorney for Plaintiff*