# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | : :  CIVIL ACTION FILE NO. |
| Plaintiff, | : :  4:24-cv-00425-RGE-HCA |
| v. | : : **COMPLAINT – CLASS ACTION** |
| GETHEALTH-E LLC | : : |
| Defendant. | : : **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, TOBY HOY ("Hoy"), by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice, as to Defendant, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

Dated: May 19, 2025

Respectfully submitted,

*/s/ Andrew R. Perrong*
Andrew R. Perrong, Esquire
(Subject to *Pro Hac Vice*)
Perrong Law, LLC
2657 Mount Carmel Ave
Glenside, PA 19038
(215) 225-5529
a@perronglaw.com

*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: May 19, 2025

                                          */s/ Andrew R. Perrong*
                                          Andrew R. Perrong, Esquire
                                          (Subject to *Pro Hac Vice*)
                                          Perrong Law, LLC
                                          2657 Mount Carmel Ave
                                          Glenside, PA 19038
                                          (215) 225-5529
                                          a@perronglaw.com

                                          *Attorney for Plaintiff*